# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 17-9386 MJ |
| Alberto Torres, USC | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

**Count 1:**

On or about September 12, 2017, at or near Casa Grande, in the District of Arizona, ALBERTO TORRES, knowing and in reckless disregard of the fact that certain aliens, Mateo Perez-Perez and Andres Baltazar-Gomez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

See Attached Statement of Probable Cause Incorporated By Reference Herein.

REVIEWED BY: AUSA Jonathan R. Hornok for Amy E. Brown

Signature of Complainant
Ian C. Pope
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, September 14, 2017, at Phoenix, Arizona

Signature of Judicial Officer
Honorable Eileen S. Willett
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Ian C. Pope, being duly sworn, hereby depose and state as follows:

1. I am Border Patrol Agent with U.S. Border Patrol, U.S. Customs and Border Protection. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other agents.

2. On September 12, 2017, at approximately 4:23 PM, Arizona Department of Public Safety Trooper A. Rimbach pulled over a 2004 Chevrolet Silverado pickup-truck at approximately mile marker 201 on Interstate 10. Trooper Rimbach pulled the vehicle over for improper tinting of windows and issued a warning on the basis of that violation. ALBERTO TORRES was driving the vehicle. Inside the vehicle, Trooper Rimbach also found five undocumented aliens, Mateo Perez-Perez, Andres Baltazar-Gomez, and three male minors, some of who were lying down in the rear seat and floorboard.

3. United States Border Patrol Agent J. Carpetner then arrived and questioned all five aliens as to their citizenship. They all admitted to being in the United States illegally without proper immigration documents. Agent Carpenter then questioned the driver, ALBERTO TORRES as to his citizenship, to which he replied he was a United States Citizen. Agent Carpenter then placed TORRES under arrest for a violation of 8 U.S.C. § 1324. TORRES was then transported to the Casa Grande Border Patrol Station for processing. Upon arrival at the station, TORRES was read his Warning as to Rights by Border Patrol Agent M. Bierle. TORRES invoked his right to remain silent and not

1

answer any questions without an attorney present.

4. The following is a written synopsis of an interview of Mateo Perez-Perez, conducted on September 12, 2017, at 9:33 pm. at the Casa Grande Border Patrol Station, by Border Patrol Agent Ricardo Renteria: Perez stated he is a Citizen of Guatemala and was not in possession of any documentation to be legally present in the United States. Perez stated he traveled to Gracias Adios, Huehuetenango, and illegally entered Mexico. Perez stated he then traveled to Altar, Sonora, to find a human smuggler. Perez agreed to pay $6,000 to be smuggled to New York. Perez was then taken to an unknown area of the international border near Altar, Sonora, with several other individuals. Perez was then met by a guide. The guide then took him and five other individuals into the United States from Mexico. Perez stated he then used a cell phone given to him by the guide to arrange a pick up for the group. Perez stated he told the person on the phone they had arrived at a road and were waiting on mile marker 32. Perez stated he was told to head towards mile marker 36 and wait there to be picked up by a dark colored truck. Perez was also told that just before the truck arrived the driver himself would contact him. Perez stated they then waited for around ten minutes and he received a call from their driver as he arrived at their location. Perez stated the driver told them he would be transporting the group to Phoenix, Arizona and it would take them two or three hours to get to there. Perez also stated the driver knew that they were all illegally in the United States. Perez was then shown a six person photo lineup and asked if he recognized anyone in the photos. Perez looked at each photo and stated he could not recognize anyone.

5. The following is a synopsis of an interview with Andres Baltazar-Gomez that took place at the Casa Grande Border Patrol Station and was conducted by Border Patrol Agent R. Renteria: Baltazar-Gomez stated that he is a citizen of Guatemala illegally present in the United States without any documentation. Baltazar-Gomez admitted to making arrangements in Huehuetenango, Guatemala, with a human smuggler. Baltazar-Gomez paid the smuggler 950 Guatemalan quetzals and was later going to pay an additional $4,500 once arriving safely to the United States. The smuggler then smuggled Baltazar-Gomez and another person into Mexico from Guatemala. Baltazar-Gomez stated they all traveled via bus to Altar, Sonora, Mexico, where the smuggler introduced Baltazar-Gomez to another human smuggler. After two days in Altar, the second smuggler took Baltazar-Gomez and five other migrants to the international boundary fence. The second smuggler then guided the group for seven days in the United States desert until reaching a highway. Baltazar-Gomez stated that the smuggler left while the rest of the group waited by an unknown highway for a vehicle. Baltazar-Gomez stated that a vehicle arrived to pick up the group. Baltazar-Gomez stated that they traveled for twenty-five to thirty minutes before being pulled over by the Department of Public Safety. Baltazar-Gomez indicated that the driver knew he was picking up illegal immigrants and that the vehicle never stopped anywhere to switch drivers. Baltazar-Gomez did not positively identify the driver in the six pack photo lineup.

6. Based on the above stated facts, your affiant submits that there is probable cause to believe that on or about September 12, 2017, at or near Casa Grande, Arizona in the

4

District of Arizona, ALBERTO TORRES, knowing and in reckless disregard of the fact that Mateo Perez-Perez and Andres Baltazar-Gomez had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

_____
Signature of Complainant
Ian C. Pope
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, September 14, 2017, at Phoenix, Arizona

_____
Signature of Judicial Officer
Honorable Eileen S. Willett
United States Magistrate Judge